STANDARD GASLIGHT CO. OF CITY OF NEW YORK v. MAYER et al.

(Circuit Court, S. D. New York, July 29, 1909.)

In Equity. Application by a special master for instructions as to the disposition of a fund.

Edward W. Burdick, for complainant.

Robert C. Taylor, George S. Coleman, and Francis K. Pendleton, Corp. Counsel, for defendants.

LACOMBE, Circuit Judge. Except for a difference in the figures, the situation in the case of this company is the same as that of the Northern Union Company, which is disposed of by memorandum filed to-day. 171 Fed. 602.

A similar disposition will be made of the unclaimed balance in this case.